AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)* )<br>)<br>A COMPUTER HOUSED IN A COOLER MASTER BRAND HOUSING TOWER AND )<br>BEARING THE BAR CODE RC912KKN1131500811 AND A ONE TERABYTE WESTERN<br>DIGITAL WD10EALX HARD DRIVE BEARING THE SERIAL NUMBER WCATR9321079 )<br>LOCATED AT THE PREMISES KNOWN AND DESCRIBED AS 950 72ND STREET, APT. #2A ) | Case No.   19-M-1101 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____New York_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____November 21, 2019_____   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____the Duty Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   11/20/19  2:52 PM
_____
Judge's signature

City and state:   Brooklyn, New York       Hon. James Orenstein       U.S.M.J.
_____
Printed name and title

## **ATTACHMENT A**

*Property to be Searched*

The SUBJECT PREMISES is a single-family condominium unit and associated storage unit located at 950 72nd Street, Apt. 2A, Brooklyn, NY 11228 (the "950 Address"). The 950 Address is a brown and white colored three (3) floor condominium building located on 72nd Street between 10th Avenue and Fort Hamilton Parkway. The condominium unit is located on the second floor and the storage unit is located in the cellar. There are stairs leading up to the second floor where the SUBJECT PREMISES's residential unit door is located. A front porch is attached to the SUBJECT PREMISES. The number "950" appears on the front of the second floor balcony. The front door to the SUBJECT PREMISES is white with windows on the top of the door, and is the left one of the two doors located on the second floor of the 950 Address. The SUBJECT PREMISES door bears a visible lock. A photograph of the building containing the SUBJECT PREMISES is provided below:



# ATTACHMENT B

*Property to be Seized*

1.  All records relating to, and instrumentalities of, violations of 16 U.S.C. §§ 1538, 3372(a)(2)(A) and 3372(d), and 18 U.S.C. §§ 371, 554 and 1956, those violations including acts by Eugene Lantsman, Leonid Lantsman and Arms and Antiques Inc. and occurring after April 19, 2015, including:

    a. a computer housed in a "Cooler Master" brand housing tower and bearing the bar code RC912KKN11131500811; and

    b. a 1 Terabyte Western Digital WD10EALX Hard Drive bearing the serial number WCATR9321079 (the "HARD DRIVE").

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| | Return | |
|---|---|---|
| Case No.: 19-M-1101 | Date and time warrant executed: 3:30 pm November 20, 2019, ~~0700 AM~~ | Copy of warrant and inventory left with: Eugene Lantsman |
| Inventory made in the presence of: Eugene Lantsman | | |
| Inventory of the property taken and name of any person(s) seized: See Attached | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/6/2019

_____
Executing officer's signature

CURTIS KNIGHTS SPECIAL AGENT
Printed name and title

| DEPARTMENT OF THE INTERIOR<br>U.S. FISH AND WILDLIFE SERVICE | **PROPERTY RECEIPT** | |
|---|---|---|
| RECEIVED / SEIZED FROM:<br>Arms and Antiques Inc | DATE AND TIME OF RECEIPT:<br>11/20/19 | FILE NUMBER:<br>2018505334 |
| RECEIVED / SEIZED BY:<br>RAC Paul Chapelle | LOCATION: 950 72nd Street Apt 2A<br>Brooklyn, NY 11226 | |

| ITEM NO. | DESCRIPTION: |
|---|---|
| 1 | One(1) desktop computer tower bearing # RC912KKN1131500811 S+ # 075402 |
| 2 | One(1) External hard Drive S/N WCATR9321079 |

I hereby certify that the above is a correct and complete inventory of items (received/seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

OFFICER: [signature] SA 0658

WITNESS: [signature]

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

SIGNATURE: [signature]

FORM 3-155 (9/81)